1  **MCGUIREWOODS LLP**
   ALISON V. LIPPA (SBN 160807)
2  1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
3  Telephone: 310.315.8200
   Facsimile: 310.315.8210
4  Email:       alippa@mcguirewoods.com

5  Attorney for Defendant
   BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS
6  SERVICING, LP fka COUNTRWIDE HOME LOANS SERVICING LP

E-FILED 10/10/13

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNA

| | |
|---|---|
| LAURA MIRFIN | CASE NO. 2:12-cv-05583-PSG-(CWx) |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE** |
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS; HOME LOAN CENTER, INC. dba LENDING TREE LOANS; QUALITY LOAN SERVICING; ALL PERSONS OR ENTITIES CLAIMING ANY RIGHT IN REAL PROPERTY LOCATED AT 4040 Grandview Blvd #75, Los Angeles, California 90066; and DOES 1 through 50, inclusive, | [Fed. R. Civ. P. Rule 41(a)]

Complaint Filed: June 12, 2012 |
| Defendants. | |

   This matter is before the Court regarding the Joint Stipulation of Defendants BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRWIDE HOME LOANS SERVICING LP ("Defendants") and Plaintiff LAURA MIRFIN ("Plaintiff") to stay dismiss this case with prejudice after settlement.
/ / /

1
[PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE

1   Having considered the Joint Stipulation presented, it appears that good cause
2   exists to dismiss this case with prejudice.
3   THEREFORE, IT IS HEREBY ORDERED that
4   1.   The case is dismissed with prejudice after settlement.
5   2.   Each party will bear its own attorneys' fees and costs associated with
6   this case.
7   IT IS SO ORDERED.
8
9   DATED: __10/9/13__          __PHILIP S. GUTIERREZ__
10                              HON. PHILIP S. GUTIERREZ

2
[PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

      On the date below, I served the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

      Laura Gonyaw-Mirfin           *Plainiff Pro Se*
      4040 Grand View Blvd. #75
      Los Angeles, CA 90066
      (310) 746-8790

☒ **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices.  (C.C.P. § 1013 (a) and 1013(a)(3))

☐ **BY OVERNIGHT DELIVERY:**  I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.  (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:**  I delivered such envelope(s) by hand to the office of the addressee(s).  (C.C.P. § 1011(a)(b))

☐ **ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM**

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 8, 2013, at Los Angeles, California.


                                           */s/ Mark Betti*
                                           Mark Betti